UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| JAMES THURMAN, | ) |
| *Plaintiff,* | ) ) ) Case No. 1:23-cv-77-CLC-CHS |
| v. | ) ) Judge Curtis L. Collier |
| MR. MIKE LAY, MRS. MIKE LAY | ) ) Magistrate Judge Christopher H. Steger |
| *Defendants.* | ) |

## JUDGMENT ORDER

Magistrate Judge Christopher H. Steger filed a Report and Recommendation recommending the Court: (1) deny Plaintiff's motion to proceed *in forma pauperis* and (2) grant Plaintiff thirty days to pay the $350.00 filing fee to the Clerk of Court or have the matter dismissed for failure to prosecute. (Doc. 10 at 2.) Plaintiff has not filed a timely objection to the Report and Recommendation.[1] After reviewing the record, the Court agrees with the magistrate judge's Report and Recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's Report and Recommendation (Doc. 10) pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Plaintiff's Motion (Doc 2) to proceed *in forma pauperis* is **DENIED;**

(2) Plaintiff shall pay the requisite filing fee to the Clerk of Court on or by **March 29, 2024;**

---

[1] According to the electronic docket report, the magistrate judge's report and recommendation was mailed to Plaintiff on September 7, 2023, and returned undeliverable on September 18, 2023. (Docs. 10 and 11.) To the extent that Plaintiff was moved to another facility or was released from the Irwin County Detention Center, Plaintiff was required to notify the Clerk of Court and Defendants within fourteen days of his address changing pursuant to Eastern District of Tennessee Local Rule 83.13. (Doc. 4.)

(3) If the filing fee has not been received by **March 29, 2024**, the Clerk's office is directed to close this matter.

**SO ORDERED.**

**ENTER:**

/s/_____

**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
*/s/ LeAnna R. Wilson*
CLERK OF COURT